UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                v.<br><br>SAMUEL HILL,<br><br>                          Defendant. | 20 Cr. 630 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The initial conference in this matter will be held on **June 17, 2021, at 3:00 p.m.** and will proceed remotely.  Access instructions will be provided in advance of the hearing.

SO ORDERED.

Dated:  June 10, 2021
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge