

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2022

**BY ECF**

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  **United States v. Samuel Hill**, 20 Cr. 630 (KPF)

Dear Judge Failla:

The parties jointly submit this letter in response to an email received from Chambers on January 5, 2022, requesting a scheduling update in the above-captioned matter. The parties are currently awaiting final results of drug tests administered in December 2021. Due to the pending status of the final drug test results, as well as the ongoing spread of COVID-19, the parties jointly request a thirty-day adjournment of the evidentiary hearing currently scheduled for January 14, 2022.

The Government, Defense Counsel, and the Probation Department are all available any time on February 10 or February 15.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ashley C. Nicolas
Assistant United States Attorney

cc:   Neil Kelly, counsel for Samuel Hill
      Godwin Ogunmefun, Probation Department

Application GRANTED.

The hearing in this matter is ADJOURNED to **February 17, 2022, at 11:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 15.

Dated:     January 6, 2022
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE