UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           v.<br><br>SAMUEL HILL,<br><br>                    Defendant. | 20 Cr. 630 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference in this matter scheduled for April 22, 2022, at 11:00 a.m. is hereby ADJOURNED to that same date at **3:00 p.m.** The conference will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  April 20, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge