UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,        20 Cr. 630 (KPF)

     v.        ORDER

SAMUEL HILL,

                Defendant.
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant, Samuel Hill, USM #23200-057, is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    May 6, 2022
             New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge