# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2022

**BY ECF and Email**

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     **United States v. Samuel Hill, 20 Cr. 630 (KPF)**

Dear Judge Failla:

The parties jointly submit this letter in response to an email received from Chambers on June 21, 2022, requesting a scheduling update in the above-captioned matter. The parties and the Probation Department are finalizing a joint recommendation to the Court regarding sentencing in this matter. The parties expect to make a joint recommendation for an incarceratory sentence within the Guidelines range. Based on the on-going nature of the discussions between the parties, as well as the availability of the parties and the Probation Department, the parties respectfully request a short adjournment until July 22, 2022 at 11:30 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ashley C. Nicolas
Assistant United States Attorney

cc:     John Meringolo, Esq., counsel for Samuel Hill
        Godwin Ogunmefun, Probation Department

Application GRANTED.  The conference in this matter is hereby
ADJOURNED to **July 22, 2022, at 11:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket
entry 29.

SO ORDERED.

Dated:   June 22, 2022
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE