UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,    :    20 Cr. 630 (KPF)

      v.    :    ORDER

SAMUEL HILL,

                Defendant.
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that whereas the defendant, Samuel Hill, USM #23200-057, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

    SO ORDERED.

Dated:    July 22, 2022
               New York, New York

                                                              KATHERINE POLK FAILLA
                                                            United States District Judge